IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| SANTACRUZ HERNANDEZ JIMENEZ, § § § | |
| Petitioner, § | |
| § | |
| v. § | CAUSE NO. EP-26-CV-202-KC |
| § | |
| PAMELA BONDI, et al., § § | |
| Respondents. § | |

## **ORDER**

On this day, the Court considered the case. On February 6, 2026, the Court granted in part Santacruz Hernandez Jimenez's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Feb. 6, 2026, Order 3, ECF No. 5. Respondents were required to do so by February 13. *Id.*

Respondents have now informed the Court that a bond hearing was held before an Immigration Judge ("IJ") on February 12, 2026. Notice ¶ 4, ECF No. 7. However, at that bond hearing the IJ denied bond "finding that decisions in *Buenrostro-Mendez v. Bondi*, Nos. 25-20496, 25-40701 (5th Cir. Feb. 6, 2026), and *Matter of Yajure-Hurtado*, 29 I&N Dec. 216 (BIA 2025) establish that the court lacks jurisdiction to grant the requested relief." *Id.*; *see id.* Ex. A ("IJ Order"), ECF No. 7-1. According to Respondents' counsel, "on February 13, 2025 [sic], [they] recommended Petitioner be released from custody in compliance with this Court's order" and "ICE has confirmed . . . that it will release Petitioner pursuant to this Court's Order." Notice

2

¶ 5.  Respondents, however, have not informed the Court whether Hernandez Jimenez has in fact been released from custody in compliance with the Court's February 6 Order.  *See generally id.*

Accordingly, the Court **ORDERS** that Respondents shall **FILE** notice stating whether Hernandez Jimenez has been released **by no later than February 18, 2026**.

The Court is cognizant of the potential confusion engendered by the intervening Fifth Circuit decision in *Buenrostro-Mendez*.  But going forward, Respondents are **CAUTIONED** that informing the Court that release has been recommended to Respondents by counsel or promised by Respondents is insufficient to comply with an order requiring release and notice of release by a date certain.

**SO ORDERED**.

**SIGNED this 17th day of February, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE