**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **SANTACRUZ HERNANDEZ JIMENEZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-202-KC** |
| | § | |
| **PAMELA BONDI, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered the case. On February 6, 2026, the Court granted in part Santacruz Hernandez Jimenez's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision, by February 13. Feb. 6, 2026, Order 3, ECF No. 5. After Respondents failed to comply with the Court's Order by the deadline, they informed the Court that Hernandez Jimenez would be released but did not state whether he had. Notice, ECF No. 7. Thus, the Court ordered Respondents to file notice stating whether Hernandez Jimenez had been released from custody in compliance with the Court's February 6 Order. Feb. 17, 2026, Order, ECF No. 8. Respondents have now informed the Court that Hernandez Jimenez has been released from custody. Status Report, ECF No. 9.

It appears that no matters remain pending for the Court's consideration. *See generally* Pet., ECF No. 1; Feb. 6, 2026, Order; Feb. 17, 2026, Order. Accordingly, **the Clerk shall close**

**the case**. To the extent Hernandez Jimenez wishes to seek additional relief from the Court, he may file a motion to reopen.

**SO ORDERED**.

SIGNED this 19th day of February, 2026.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE